No. 97–217. TOSKI v. MCDONNELL ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–223. EVANS v. MARYLAND. Cir. Ct. Baltimore County, Md. Certiorari denied.

No. 97–231. ALMAND v. DEKALB COUNTY ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–260. BEARD v. WALSH. C. A. 9th Cir. Certiorari denied.

No. 97–269. INDIVIDUALS FOR RESPONSIBLE GOVERNMENT, INC., ET AL. v. WASHOE COUNTY ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–271. THOMPSON, TRUSTEE IN BANKRUPTCY FOR MC-CONVILLE ET UX. v. MARGEN ET AL.; and
No. 97–446. MARGEN ET AL. v. THOMPSON, TRUSTEE IN BANKRUPTCY FOR MCCONVILLE ET UX. C. A. 9th Cir. Certiorari denied. Reported below: 110 F. 3d 47.

No. 97–321. ROONEY, BY AND THROUGH HIS NEXT BEST FRIEND, ROONEY, HIS FATHER, ET AL. v. WATSON, DEPUTY SHERIFF, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–333. WILLIAMS ET AL. v. WMX TECHNOLOGIES, INC., FKA WASTE MANAGEMENT, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–381. JENKINS, A MINOR, BY HER MOTHER, HALL, ET AL. v. HERRING ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–400. ESSEX COUNTY UTILITIES AUTHORITY ET AL. v. ATLANTIC COAST DEMOLITION & RECYCLING, INC., ET AL.; and
No. 97–430. SHINN, COMMISSIONER, NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION v. ATLANTIC COAST DEMOLITION & RECYCLING, INC., ET AL. C. A. 3d Cir. Certiorari denied. Reported below: 112 F. 3d 652.

No. 97–402. HARMON ET UX. v. OKI SYSTEMS ET AL. C. A. 7th Cir. Certiorari denied.